UNITED STATES DISTRICT COURT
for the
DISTRICT OF NEW JERSEY

| | |
|---|---|
| XO COMMUNICATIONS SERVICES, INC. | Civil No. 07-808 |
| vs. | Order of Reassignment |
| VERIZON NEW JERSEY INC. | |

It is on this  4th  day of June, 2007,

O R D E R E D  that the entitled action is reassigned from

JUDGE SUSAN D. WIGENTON to JUDGE PETER G. SHERIDAN

                                           S/Garrett E. Brown, Jr.
                               GARRETT E. BROWN, JR. CHIEF JUDGE
                               UNITED STATES DISTRICT COURT