Joseph A. Boyle (JB 5036)
Lauri A. Mazzuchetti (LM 8035)
KELLEY DRYE & WARREN LLP
200 Kimball Drive
Parsippany, NJ 07054
(973) 503-5900
(973) 503-5950 (fax)
Attorneys for Plaintiffs
XO Communications, LLC and
XO Communications Services, Inc.

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| XO COMMUNICATIONS, LLC, A Delaware limited liability company, and XO COMMUNICATIONS SERVICES, INC., a Delaware corporation,<br><br>Plaintiff,<br><br>v.<br><br>VERIZON NEW JERSEY INC., a New Jersey corporation, VERIZON PENNSYLVANIA INC., a Pennsylvania corporation, VERIZON MARYLAND INC., a Maryland corporation, and VERIZON DC INC., a New York corporation<br><br>Defendants. | CIVIL ACTION NO.: 07-808 (SDW) (MCA)<br><br>**STIPULATION EXTENDING TIME TO ANSWER OR OTHERWISE RESPOND TO AMENDED COUNTERCLAIMS** |

IT IS HEREBY STIPULATED AND AGREED between counsel for

plaintiffs XO Communications, LLC and XO Communications Services, Inc.

(collectively, "XO") and counsel for defendants Verizon New Jersey Inc., Verizon Pennsylvania Inc., Verizon Maryland Inc. and Verizon Washington, D.C. Inc. (collectively, "Verizon") that the time within which XO may answer, move or otherwise reply to Verizon's Amended Answer and Counterclaims be and hereby is extended to and including July 13, 2007.

Dated:   June 18, 2007

Respectfully submitted,

TRAFLET & FABIAN

By: *Christine M. Gurry*
Christine M. Gurry
*Attorneys for Defendants*

KELLEY DRYE & WARREN LLP

By: *Lauri Mazzuchetti*
Joseph A. Boyle (JB 5036)
Lauri A. Mazzuchetti (LM 8035)
*Attorneys for Plaintiffs*

SO ORDERED:

_____
U.S.D.J.